IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

        Plaintiff,                      No. CIV S-10-1058 DAD P

   vs.

T. VIRGA,

        Defendant.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.[1]

        Plaintiff's in forma pauperis application does not include a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action or a prison official's certification. See 28 U.S.C. § 1915(a)(2). Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

---

[1] This case was opened by the Clerk of the Court as a habeas corpus action because plaintiff filed his complaint on a habeas corpus form. However, because plaintiff is challenging the conditions of his confinement, the court has construed plaintiff's allegations as seeking relief pursuant to 42 U.S.C. § 1983.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice;

3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action; and

4. The Clerk of the Court is directed to change the designation of this case to a civil rights action.

DATED: June 25, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
nguo1058.3e